UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 12-CR-95

DANIEL T. LEE,

    Defendant.

## COURT MINUTES
### HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | April 16, 2013 |
| Proceeding: | Sentencing |
| Start Time: | 10:04:47 a.m.      End Time: 11:09:54 a.m. |
| Deputy Clerk: | Kris Wilson      Court Reporter: FTR Gold |
| Appearances: | Plaintiff: Assistant U.S. Attorney William J. Lipscomb <br> Defendant: Daniel T. Lee and Attorney Martin J. Pruhs <br> USPO: Michael A. Karolewicz |
| Disposition: | Sentencing exhibits 1-2 are received (Discs of Keya White Police Interviews on 4/2/12 and 4/3/12). See separate filing. |

The defendant is sentenced to 120 months imprisonment as to counts 1,3,4,6,8 and 9 concurrent with each other and concurrent with Milwaukee County Circuit Case No. F922747; 60 months as to count 2; 25 years as to count 5; and 25 years as to count 7 with counts 2, 5, and 7 consecutive to all counts and consecutive to Milwaukee County Circuit Court Case No. F922747.

Upon release from imprisonment, the defendant is to be placed on a concurrent term of 3 years of supervised release as to all counts. Standard and additional conditions of supervised release are imposed. See Judgment.

The court advises the defendant of his right to appeal and finds he is

eligible to proceed in forma pauperis on appeal. He requests that the clerk file a notice of appeal on his behalf.

Notes: The court overrules the defendant's objection to the last sentence in PSR ¶ 20.

The defendant does not object to restitution as delineated at PSR ¶ 135.

¶ 122 is corrected to reflect that 10 years is the maximum (not the minimum) term of imprisonment as to count 8.

Hearing no further objections from either party as to the facts or the guidelines, the court adopts the facts in the revised PSR as its findings of facts and the advisory guidelines as proposed.

The government recommends a sentence of 120 months imprisonment as to counts 1,3,4,6,8 and 9 to run concurrently with each other and with the state sentence; 60 months as to count 2; 25 years as to count 5; and 25 years as to count 7 with counts 2, 5, and 7 to run consecutively to all counts and consecutive to the state sentence.

The defense requests that the court impose a concurrent term of 97 months as to counts 1, 3, 4, 6, 8 and 9.

The defendant offers two discs of Keya White's police interview for the court's review. The court declines to view the discs as they are not relevant at this stage. The discs are received as exhibits for the purpose of preserving them for the record.